■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RONALD HARRIS WILSON, Respondent. — Order unanimously affirmed for reasons stated at Allegany County Court, Serra, J. (*People v Wilson,* 108 Misc 2d 417; see, also, *Matter of Jaime T.,* 96 Misc 2d 173). (Appeal from order of Allegany County Court, Serra, J. — vacate plea and dismiss indictment.) Present — Hancock, Jr., J. P., Denman, Boomer, Green and Schnepp, JJ.